UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAIME DE JESUS PINEDA MENJIVAR,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY,

Respondent.

Case No.:  3:26-cv-03043-CAB-MSB

**ORDER GRANTING WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Jaime de Jesus Pineda Menjivar's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]

Petitioner is a native and citizen of El Salvador.  [Doc. No. 4-1 at 4.]  On April 10, 2018, immigration authorities apprehended Petitioner 0.96 miles west of the Paso Del Norte Port of Entry.  [*Id.*]  He was issued a Notice to Appear ("NTA") and released from custody on or about June 14, 2018 on conditional parole issued under 8 U.S.C. § 1226(a).  [Doc. No. 4 at 2; Doc. No. 7 at 2.]  Petitioner was re-detained on December 12, 2025.  [Doc. No. 4 at 2.]

On July 16, 2026, the Court ordered Respondent to provide supplemental information regarding Petitioner's re-detention and its lawfulness.  [Doc. No. 6.] Respondent replied that it has "insufficient information regarding the notice of revocation

1

of [Petitioner's] parole, and whether . . . notice was provided to Petitioner prior to his re-detention, to provide to the Court." [Doc. No. 7 at 2.]

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET, Doc. No. 5 (S.D. Cal. Feb 19, 2026). The Court therefore **ORDERS** Respondent to immediately release Petitioner under the same conditions of release that existed immediately prior to his December 12, 2025 re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: June 29, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-03043-CAB-MSB