

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jaime de Jesus Pineda Menjivar

**Civil Action No.** 26-cv-3043-CAB-MSB

**Plaintiff,**

**V.**

Warden of Imperial Regional Detention Facility

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court therefore GRANTS a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. The Court therefore ORDERS Respondent to immediately release Petitioner under the same conditions of release that existed immediately prior to his December 12, 2025 re-detention.

**Date:** _____6/29/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard _____

A. Hazard, Deputy